NH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo Vargas Marcos, | No.    CV-26-03407-PHX-KML (DMF) |
| Petitioner, | |
| v. | **ORDER** |
| ICE Field Office Director, | |
| Respondent. | |

Self-represented Petitioner Pablo Vargas Marcos, who is confined in the Florence Correctional Center, filed this action under 28 U.S.C. § 2241 in the Western District of Washington challenging his immigration detention.

On May 13, 2026, Petitioner paid the filing fee and a judge in the Western District of Washington directed Respondent to show cause why the Petition should not be granted. (Doc. 7.)  The same day, Respondent filed a Notice of Petitioner's Transfer of Custody (Doc. 9), informing the Court Petitioner had been transferred to the Florence Service Processing Center in Florence, Arizona, one day earlier.[1]  The court in the Western District of Washington issued an order finding that the Petition was not effectively filed until May 13, 2026, when the court received the filing fee, found that Court lacked jurisdiction over the Petition, and transferred the case to this Court.  (Doc. 10.)

The Court will require Respondent to answer the Petition.

---

[1] Respondent explicitly did not contest that the Western District of Washington had jurisdiction over Petitioner's case.

## I.     Petition

Petitioner claims he was detained by immigration authorities on December 2, 2025, and is charged with being an "alien present without admission or parole." Petitioner has remained detained since that time.

Petitioner claims that his prolonged detention, absent a bond hearing, is a violation of his Fifth Amendment right to due process. Petitioner seeks supervised release or a bond hearing.

Because the ICE Field Office Director is an improper Respondent, *see Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024), the Court will substitute Warden Luis Rosa Jr., of the Florence Correctional Center as Respondent.

Respondent must respond to the Petition and articulate the statutory authorization for Petitioner's detention; whether Petitioner was previously released on parole and, if so, the basis for his re-detention and whether he was provided a pre-deprivation hearing; and the status of Petitioner's immigration proceedings. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals signed under penalty of perjury with personal knowledge of the factual statements made therein.

## II.     Warnings

### A.     Address Changes

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

### B.     Copies

Petitioner must serve Respondent, or counsel if an appearance has been entered, a copy of every document he files. Fed. R. Civ. P. 5(a). Each filing must include a certificate stating that a copy of the filing was served. Fed. R. Civ. P. 5(d). Also, Petitioner must submit an additional copy of every filing for use by the Court. LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Petitioner.

**IT IS ORDERED:**

(1)    The Clerk of Court must **substitute** Florence Correctional Center Warden Luis Rosa, Jr., for Respondent ICE Field Office Director.

(2)    The Clerk of Court must serve a copy of the summons, the Petition (Doc. 6) and this order upon the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure. The clerk of court must also send by certified mail a copy of the summons, the Petition, and this order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondent pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

(3)    The Clerk of Court must immediately transmit by email a copy of this order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)    Respondent must respond to the Petition no later than **June 8, 2026**.

(5)    Petitioner may file a reply no later than **June 15, 2026**.

(6)    This matter is referred to Magistrate Judge Deborah M Fine pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 19th day of May, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**