# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo Vargas Marcos,<br><br>                Petitioner,<br><br>v.<br><br>Unknown Party, et al.,<br><br>                Respondents. | No. CV-26-03407-PHX-KML (DMF)<br><br>**ORDER** |

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) The court ordered respondents to respond to the petition. (Doc. 13.) The response indicates "Petitioner accepted an order of voluntarily [sic] departure in lieu of removal" and he is no longer in the United States. (Doc. 16 at 1.) Because petitioner is no longer in custody, the petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007).

**IT IS THEREFORE ORDERED** the petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

**IT IS FURTHER ORDERED** all pending motions are denied and the clerk of court must enter judgment accordingly and close this case.

Dated this 28th day of May, 2026.

Honorable Krissa M. Lanham
United States District Judge